# EXHIBIT "A"

Correspondence in 2021 between R2 Solutions LLC and Allegiant Travel Company

Correspondence in 2021 between R2 Solutions LLC and Allegiant Travel Company

# EXHIBIT "A"

**From:** Evan Woolley <ewoolley@acaciares.com>
**Sent:** Monday, December 6, 2021 11:43 AM
**To:** dniles@nilolaw.com
**Cc:** 'Laura Overton' <Laura.Overton@allegiantair.com>; 'Rob Goldberg' <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Niles,

I hope you had a pleasant weekend.  Please find attached a fully executed NDA between Allegiant and R2 Solutions.

Please let me know your availability for a call this week or next so we can advance our discussions.

Best Regards,

**Evan W. Woolley**
*vice president, licensing*

**ACACIA RESEARCH GROUP LLC**
4 PARK PLAZA, SUITE 550,
IRVINE, CA 92614
P  949.480.8359
E *ewoolley@acaciares.com*

*www.acaciaresearch.com*

**From:** dniles@nilolaw.com <dniles@nilolaw.com>
**Sent:** Monday, November 29, 2021 12:01 PM
**To:** Evan Woolley <ewoolley@acaciares.com>
**Cc:** 'Laura Overton' <Laura.Overton@allegiantair.com>; 'Rob Goldberg' <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Woolley,

Thanks.  Hope your Thanksgiving was enjoyable, too.  As indicated, Allegiant would be comfortable with Nevada or having no governing law provision per the NDA Allegiant already signed and provided.


Don W. Niles
Niles Law Office, PA
121 Colfax Ave. SW
Wadena, MN  56482
Tel.  612-296-7788
Email: dniles@nilolaw.com

**From:** Evan Woolley <ewoolley@acaciares.com>
**Sent:** Monday, November 29, 2021 1:47 PM
**To:** dniles@nilolaw.com
**Cc:** 'Laura Overton' <Laura.Overton@allegiantair.com>; 'Rob Goldberg' <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Niles,

I hope you had a pleasant Thanksgiving. Is Allegiant willing to accept a governing law provision identifying a neutral jurisdiction such as New York?

Best Regards,

**Evan W. Woolley**
*vice president, licensing*

**ACACIA RESEARCH GROUP LLC**
4 PARK PLAZA, SUITE 550,
IRVINE, CA 92614
P  949.480.8359
E *ewoolley@acaciares.com*

*www.*acaciaresearch*.com*

---

**From:** Evan Woolley
**Sent:** Monday, November 22, 2021 2:28 PM
**To:** dniles@nilolaw.com
**Cc:** 'Laura Overton' <Laura.Overton@allegiantair.com>; 'Rob Goldberg' <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Niles,

I hope you had a pleasant weekend.

We appreciate your willingness to work with us on the governing law provision, and we appreciate your suggestion of a Nevada governing law provision. Given that Allegiant appears open to a governing law provision in principle, would you consider a neutral jurisdiction such as New York?

Thank you.

Best Regards,

**Evan W. Woolley**
*vice president, licensing*

**ACACIA RESEARCH GROUP LLC**
4 PARK PLAZA, SUITE 550,
IRVINE, CA 92614
P  949.480.8359
E *ewoolley@acaciares.com*

*www.*acaciaresearch*.com*

---

**From:** dniles@nilolaw.com <dniles@nilolaw.com>
**Sent:** Friday, November 12, 2021 2:20 PM
**To:** Evan Woolley <ewoolley@acaciares.com>
**Cc:** 'Laura Overton' <Laura.Overton@allegiantair.com>; 'Rob Goldberg' <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Thanks . Allegiant would be comfortable with Nevada or as previously indicated no governing law provision.

2

Don W. Niles
Niles Law Office, PA
121 Colfax Ave. SW
Wadena, MN  56482
Tel.  612-296-7788
Email: dniles@nilolaw.com

---

**From:** Evan Woolley <ewoolley@acaciares.com>
**Sent:** Friday, November 12, 2021 12:45 PM
**To:** dniles@nilolaw.com
**Cc:** 'Laura Overton' <Laura.Overton@allegiantair.com>; 'Rob Goldberg' <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Niles,

I am following up on the below.  Please let us know if there any edits we can make to the governing law provision to address your concerns.  We look forward to coming to agreement on the NDA and advancing our discussions.

Best Regards,

**Evan W. Woolley**
*vice president, licensing*

**ACACIA RESEARCH GROUP LLC**
4 PARK PLAZA, SUITE 550,
IRVINE, CA 92614
P  949.480.8359
E *ewoolley@acaciares.com*

*www.*acaciaresearch*.com*

---

**From:** Evan Woolley
**Sent:** Thursday, November 4, 2021 12:42 PM
**To:** dniles@nilolaw.com
**Cc:** 'Laura Overton' <Laura.Overton@allegiantair.com>; 'Rob Goldberg' <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Niles,

We agree and hope that the issue is unlikely to arise, but the parties would still benefit from certainty as to the governing law if such an unlikely dispute arises under the NDA.

In an effort to address your concerns about the governing law provision undercutting the status quo ante protections of the NDA – the governing law provision applies only to a cause of action arising out of the agreement, such as breach of the NDA.  It does not apply to any causes of action that existed before the NDA is signed.  It does not affect the status quo ante.

I have reattached the draft agreement with a redline proposing New York as a neutral jurisdiction.  We are comfortable with California as well.  Please let us know if either of those are acceptable to Allegiant, or if there is any language we can include to alleviate your concerns about the governing law provision.

Best Regards,

3

**Evan W. Woolley**
*vice president, licensing*

**ACACIA RESEARCH GROUP LLC**
4 PARK PLAZA, SUITE 550,
IRVINE, CA 92614
P  949.480.8359
E *ewoolley@acaciares.com*

*www.acaciaresearch.com*

---

**From:** dniles@nilolaw.com <dniles@nilolaw.com>
**Sent:** Wednesday, November 3, 2021 11:24 AM
**To:** Evan Woolley <ewoolley@acaciares.com>
**Cc:** 'Laura Overton' <Laura.Overton@allegiantair.com>; 'Rob Goldberg' <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Thanks for the follow up.  We are still not seeing the need for a governing law provision.  We are less concerned about the uncertainty than R2 Solutions appears to be.  Allegiant still believes it would just be simpler and preferable to move forward without that provision.  The issue is unlikely to arise in any event.  Allegiant remains prepared to move forward with discussions under the executed NDA previously forwarded.


Don W. Niles
Niles Law Office, PA
121 Colfax Ave. SW
Wadena, MN  56482
Tel.  612-296-7788
Email: dniles@nilolaw.com

---

**From:** Evan Woolley <ewoolley@acaciares.com>
**Sent:** Wednesday, November 3, 2021 10:59 AM
**To:** dniles@nilolaw.com
**Cc:** 'Laura Overton' <Laura.Overton@allegiantair.com>; 'Rob Goldberg' <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Niles,

I am following up on the below.  With a better understanding of your concerns about the governing law provision we can craft language to address them while avoiding the uncertainty of an agreement without a governing law provision.

Best Regards,

**Evan W. Woolley**
*vice president, licensing*

**ACACIA RESEARCH GROUP LLC**
4 PARK PLAZA, SUITE 550,
IRVINE, CA 92614
P  949.480.8359
E *ewoolley@acaciares.com*

*www.acaciaresearch.com*

4

**From:** Evan Woolley
**Sent:** Thursday, October 28, 2021 5:17 PM
**To:** dniles@nilolaw.com
**Cc:** 'Laura Overton' <Laura.Overton@allegiantair.com>; 'Rob Goldberg' <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Niles,

Could you clarify your concerns about the governing law provision? What protections might it undercut? We are open to adjusting the language of the provision to address your concerns. Let us know if you have a proposed fix.

Best Regards,

**Evan W. Woolley**
*vice president, licensing*

**ACACIA RESEARCH GROUP LLC**
4 PARK PLAZA, SUITE 550,
IRVINE, CA 92614
P  949.480.8359
E *ewoolley@acaciares.com*

*www.*acaciaresearch*.com*

---

**From:** dniles@nilolaw.com <dniles@nilolaw.com>
**Sent:** Thursday, October 28, 2021 6:41 AM
**To:** Evan Woolley <ewoolley@acaciares.com>
**Cc:** 'Laura Overton' <Laura.Overton@allegiantair.com>; 'Rob Goldberg' <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Woolley,

The Governing Law provision in the NDA seems to undercut the status quo ante protections of the NDA. Allegiant would prefer to simply not have this provision for this reason.


Don W. Niles
Niles Law Office, PA
121 Colfax Ave. SW
Wadena, MN  56482
Tel.  612-296-7788
Email: dniles@nilolaw.com

---

**From:** Evan Woolley <ewoolley@acaciares.com>
**Sent:** Wednesday, October 27, 2021 3:22 PM
**To:** dniles@nilolaw.com
**Cc:** Laura Overton <Laura.Overton@allegiantair.com>; Rob Goldberg <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Mr. Niles,

Thank you for the swift response.

5

We would prefer the certainty of having the governing law set out in the NDA. In the attached redline we propose New York as a neutral jurisdiction. We are comfortable with California as well. Please let us know if either of those are acceptable to Allegiant.

Best Regards,

**Evan W. Woolley**
*vice president, licensing*

**ACACIA RESEARCH GROUP LLC**
4 PARK PLAZA, SUITE 550,
IRVINE, CA 92614
P  949.480.8359
E  *ewoolley@acaciares.com*

*www.*acaciaresearch*.com*

---

**From:** dniles@nilolaw.com <dniles@nilolaw.com>
**Sent:** Wednesday, October 27, 2021 1:03 PM
**To:** Evan Woolley <ewoolley@acaciares.com>
**Cc:** Laura Overton <Laura.Overton@allegiantair.com>; Rob Goldberg <RGoldberg@ellisfunk.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Woolley,

Here is a copy of the NDA signed by Allegiant. The only issue we have with the NDA was the Governing Law provision (formerly paragraph 10) which we deleted. If acceptable, please have R2 Solutions execute and return a copy to us.  Thanks.


Don W. Niles
Niles Law Office, PA
121 Colfax Ave. SW
Wadena, MN  56482
Tel.  612-296-7788
Email:  dniles@nilolaw.com

---

**From:** Evan Woolley <ewoolley@acaciares.com>
**Sent:** Monday, October 25, 2021 5:39 PM
**To:** Laura Overton <Laura.Overton@allegiantair.com>; 'dniles@nilolaw.com' <dniles@nilolaw.com>
**Subject:** RE: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Ms. Overton and Mr. Niles,

Thank you for the swift response.

To facilitate our discussions please find attached a draft of a mutually beneficial Non-Disclosure Agreement. The NDA will enable us to share more information about the portfolio, applicability to Allegiant, and licensing options.

Please let me know if you have any questions or concerns.

Best Regards,

**Evan W. Woolley**
*vice president, licensing*

**ACACIA RESEARCH GROUP LLC**
4 PARK PLAZA, SUITE 550,
IRVINE, CA 92614
P  949.480.8359
E  *ewoolley@acaciares.com*

*www.acaciaresearch.com*

---

**From:** Laura Overton <Laura.Overton@allegiantair.com>
**Sent:** Monday, October 25, 2021 3:17 PM
**To:** Evan Woolley <ewoolley@acaciares.com>; 'dniles@nilolaw.com' <dniles@nilolaw.com>
**Subject:** FW: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Hello Mr. Woolley:
Maury Gallagher has forwarded your email to me for a response.  Please forward any future correspondence to Don Niles, our external intellectual property counsel.  He is copied on this email.  Thank you.



Laura Overton Esq., MBA  |  General Counsel and VP of Legal Affairs
1201 N. Town Center Dr., Las Vegas, NV 89144
Laura.Overton@allegiantair.com

---

**From:** Maury Gallagher <Maury.Gallagher@allegiantair.com>
**Sent:** Monday, October 25, 2021 1:07 PM
**To:** Laura Overton <Laura.Overton@allegiantair.com>
**Subject:** FW: [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

fyi

---

**From:** Evan Woolley <ewoolley@acaciares.com>
**Sent:** Monday, October 25, 2021 12:24 PM
**To:** Maury Gallagher <Maury.Gallagher@allegiantair.com>
**Subject:** [EXTERNAL] RE: Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Gallagher,

I hope you had a pleasant weekend.  I am following up on the below.  Please give me a call at your convenience so I can tell you more about the Yahoo! Portfolio, product applicability, and licensing options for Allegiant Air.

Best Regards,

**Evan W. Woolley**
*vice president, licensing*

**ACACIA RESEARCH GROUP LLC**
4 PARK PLAZA, SUITE 550,
IRVINE, CA 92614
P  949.480.8359

7

**E** *ewoolley@acaciares.com*

*www.*acaciaresearch*.com*

---

**From:** Evan Woolley
**Sent:** Monday, October 18, 2021 8:03 AM
**To:** maury.gallagher@allegiantair.com
**Subject:** Opportunity to License Yahoo! Patent Portfolio

Dear Mr. Gallagher,

I am writing to follow up on the last letter to Allegiant Air dated June 1, 2021, offering a broad license to the Yahoo! patent portfolio consisting of over 2,500 patents worldwide that secures extensive patent coverage across internet search, advertising, streaming media, e-commerce, cloud computing and media management. Since the last correspondence with you, R2 Solutions has licensed many companies through negotiated deals at our discounted royalty rates, and has resolved several lawsuits with companies including Samsung, Workday, and Fidelity, to name a few.

R2 Solutions is still offering fully paid-up licenses to select companies at a discounted rate if we can expeditiously achieve mutually beneficial business terms. We once again invite Allegiant Air to discuss this opportunity with us.

Please contact me to discuss at your earliest convenience via phone at 858-539-3127 or email ewoolley@acaciares.com.

Best Regards,

**Evan W. Woolley**
*vice president, licensing*

**ACACIA RESEARCH GROUP LLC**
4 PARK PLAZA, SUITE 550,
IRVINE, CA 92614
**P** 949.480.8359
**E** *ewoolley@acaciares.com*

*www.*acaciaresearch*.com*


**Caution:** *Sender is from outside Allegiant Travel Company. Take caution before opening links/attachments or replying with sensitive data. If suspicious, forward to phishing@allegiantair.com*
[EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
[EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
[EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
[EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
[EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

[EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
[EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
[EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.
[EXTERNAL] CAUTION: This email originated from the outside of Acacia Research Corporation. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.