1  Joseph R. Ganley (5643)
   Piers R. Tueller (14633)
2  HUTCHISON & STEFFEN, PLLC
   Peccole Professional Park
3  10080 West Alta Drive, Suite 200
   Las Vegas, Nevada 89145
4  Telephone: (702) 385-2500
   Facsimile: (702) 385-2086
5  jganley@hutchlegal.com
6  ptueller@hutchlegal.com

7  Ed Nelson, III (*Pro hac vice forthcoming*)
   NELSON BUMGARDNER CONROY PC
8  3131 West 7th Street, Suite 300
9  Fort Worth, TX 76107
   ed@nelbum.com
10
   *Attorney for defendant*
11
                   **UNITED STATES DISTRICT COURT**
12                    **DISTRICT OF NEVADA**
13

14  ALLEGIANT TRAVEL COMPANY,            | **Case No. 2:22-cv-00828-CDS-BNW**

15              Plaintiff,                | **UNOPPOSED MOTION TO EXTEND R2 SOLUTIONS LLC'S TIME**
16  v.                                    | **TO RESPOND TO PLAINTIFF'S COMPLAINT**
17
    R2 SOLUTIONS LLC,
18                                        | **(First Request)**
               Defendant.
19

20

21        Defendant R2 Solutions LLC ("Defendant") brings this unopposed motion to extend the

22  time for it to respond to Plaintiff Allegiant Travel Company's ("Plaintiff") Complaint for

23  Declaratory Judgment of Non-Infringement (ECF 1).  To this end, Defendant requests, and

24  Plaintiff  does not oppose, an extension of thirty (30) days to and including **July 16, 2022** to do so.

25  Pursuant to LR IA 6-1, this is the first request to extend the time to respond to Plaintiff's

26  complaint.

27        This request is not made for the purpose of delay.  Patent cases are complex.  Plaintiff's

28  Complaint involves seven distinct patents, at least three of which have not been litigated in prior

1 patent infringement litigation brought by Plaintiff in the United States District Court for the
2 Eastern District of Texas. As such, there is much for Defendant's counsel to consider in advance
3 of Defendant's response.
4 　　Because patent cases are complex, minimum 30-day extensions like the one requested here
5 are routine. Knowing that additional time would be necessary, Defendant's counsel approached
6 Plaintiff's lead counsel about such an extension via email on May 31, 2022. *See* Exh. A.
7 Plaintiff's counsel replied that Plaintiff does not oppose a 30-day extension. *Id*.
8 　　Complicating this case further is the fact that it is a declaratory judgement action with
9 complex jurisdictional issues and the presence of a mutual non-disclosure agreement, all of which
10 need to be properly investigated and addressed, as necessary or appropriate.
11 / / /
12
13 / / /
14
15 / / /
16
17 / / /
18
19 / / /
20
21 / / /
22
23 / / /
24
25 / / /
26
27 / / /
28

For the foregoing reasons, Defendant respectfully asks that the Court grant this unopposed motion re-setting Defendant's deadline to respond to Plaintiff's complaint to July 16, 2022.

Dated this 16th day of June, 2022.

HUTCHISON & STEFFEN, PLLC

/s/ Joseph R. Ganley
_____
Joseph R. Ganley (5643)
Piers R. Tueller (14633)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
jganley@hutchlegal.com
ptueller@hutchlegal.com

Ed Nelson, III (*Pro hac vice forthcoming*)
Nelson Bumgardner Conroy PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
ed@nelbum.com

*Attorneys for defendant*
*R2 Solutions LLC*

**IT IS SO ORDERED.**
DATED: June 21, 2022

_____
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2022, I caused a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND R2 SOLUTIONS LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** to be submitted electronically for filing and service with the United States District Court for the District of Nevada via the Electronic Filing System to the following:

Patrick H. Hicks (4632)
Kelsey E. Stegall (14279)
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, #300
Las Vegas, Nevada 89169
phicks@littler.com
kstegall@littler.com

and via Email to:

Michael A. Oblon
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
moblon@jonesday.com

Keith Davis
JONES DAY
2727 North Harwood
Dallas, Texas 75201
kbdavis@jonesday.com

H. Albert Liou
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas 77002
aliou@jonesday.com

*Attorneys for plaintiff*
*Allegiant Travel Company*

/s/ Kaci Chappuis
_____
An employee of Hutchison & Steffen, PLLC