Joseph R. Ganley (5643)
Brenoch R. Wirthlin (10282)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
jganley@hutchlegal.com
bwirthlin@hutchlegal.com

Edward R. Nelson III
Christopher G. Granaghan
John P. Murphy
Carder W. Brooks
NELSON BUMGARDNER CONROY PC
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Telephone: (817) 377-9111
ed@nelbum.com
chris@nelbum.com
murphy@nelbum.com
carder@nelbum.com

*Attorneys for Defendant R2 Solutions LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEGIANT TRAVEL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>R2 SOLUTIONS LLC,<br><br>Defendant. | **Case No. 2:22-cv-00828-CDS-BNW**<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER TO CANCEL CLAIM CONSTRUCTION PROCEEDINGS** |

1   Plaintiff Allegiant Travel Company ("Allegiant") and Defendant R2 Solutions, LLC ("R2")
2 jointly submit this stipulation to amend the scheduling order to cancel claim construction proceedings.
3   WHEREAS, Allegiant filed this case seeking a declaratory judgment of non-infringement of
4 seven patents owned by R2 (ECF 1);
5   WHEREAS, R2 filed a motion to dismiss asserting that (1) there is no case or controversy
6 between the parties; (2) even if there is a case or controversy, the Court should decline to exercise
7 jurisdiction under the Declaratory Judgment Act; and (3) the Court lacks personal jurisdiction over R2
8 (ECF 29), and Allegiant filed its opposition to this motion;
9   WHEREAS, the Court has not yet ruled on R2's motion to dismiss;
10   WHEREAS, the Court's scheduling order includes claim construction-related deadlines, including
11 deadlines for the parties to exchange terms for construction, exchange proposed constructions, and file a
12 joint claim construction statement and claim construction briefs (ECF 39 at 4-5);
13   WHEREAS, Allegiant served its non-infringement contentions on September 6, 2022;
14   WHEREAS, R2 served its response to Allegiant's non-infringement contentions on October 25,
15 2022, in which R2 stated its position that Allegiant is not entitled to a declaratory judgment of non-
16 infringement because there is no justiciable controversy, the Court lacks personal jurisdiction over R2,
17 and, even if the Court has subject-matter jurisdiction, it should not exercise it;
18   WHEREAS, R2 also stated in its non-infringement contentions that it declined to contravene any
19 other statements in Allegiant's non-infringement contentions or to assert a claim for patent infringement
20 to avoid creating the case or controversy that R2 maintains does not exist;
21   WHEREAS, R2 filed a Motion to Modify Local Patent Rules to Cancel Claim Construction
22 Proceedings and to Amend the Scheduling Order Accordingly ("Motion to Modify Local Patent Rules")
23 asserting that claim construction is unnecessary in view of R2 not asserting a claim for infringement
24 (ECF 60);
25   WHEREAS, R2 stated in its Reply in Support of its Motion to Modify Local Patent Rules
26 ("Reply") that R2 "is not raising, and will not raise, infringement issues in this case" and "will not assert
27 infringement here" (ECF 63 at 1);
28

JOINT STIPULATION TO AMEND SCHEDULING
ORDER TO CANCEL CLAIM CONSTRUCTION      1          CASE NO: 2:22-CV-00828-CDS-BNW
PROCEEDINGS

WHEREAS, R2 maintains its position that (1) the Court lacks subject-matter jurisdiction because there is no case or controversy between the parties; (2) even if there is a case or controversy, the Court should decline to exercise jurisdiction under the Declaratory Judgment Act; and (3) the Court lacks personal jurisdiction over R2;

WHEREAS, in view of R2's representations in its Reply that R2 declines to assert infringement in this case even upon denial of R2's motion to dismiss and that R2 will only oppose summary judgment of non-infringement on the grounds asserted in R2's motion to dismiss and its response to Allegiant's non-infringement contentions, Allegiant no longer opposes modifying the case schedule to cancel claim construction proceedings.  As set forth in Allegiant's opposition to R2's motion to dismiss, it is Allegiant's position that this Court has subject matter jurisdiction and personal jurisdiction as a result of R2's actions that prompted Allegiant's filing of the complaint for declaratory judgment relief, said actions causing a case or controversy for this Court to resolve. Allegiant agrees that it is not necessary for the Court to evaluate claim construction in order for the Court to issue declaratory judgment of non-infringement.  In the motion for summary judgment of non-infringement that Allegiant will file, Allegiant will rely upon R2's statements in its Reply and this stipulation.

IT IS HEREBY AGREED AND STIPULATED by and between Allegiant and R2 that the Court enter an order removing the following deadlines from the scheduling order;

- Submit Joint Claim Construction and Prehearing Statement
- Opening Claim Construction Brief
- Response to Claim Construction Brief
- Reply Claim Construction Brief and Matter Submitted to Court for Hearing
- Claim Construction Tutorials, Hearing, and Order from the Court

IT IS FURTHER HEREBY AGREED AND STIPULATED by and between Allegiant and R2 that R2's Motion to Modify Local Patent Rules to Cancel Claim Construction Proceedings and to Amend the Scheduling Order is withdrawn.  Should the Court wish to discuss this stipulation with counsel or case status, the parties remain available for the hearing scheduled for December 19, 2022, but otherwise respectfully submit that the hearing can be canceled.

1  **IT IS SO STIPULATED.**

Dated this 12th day of December, 2022.                          Dated this 12th day of December, 2022.

JONES DAY                                                       NELSON BUMGARDNER CONROY P.C.

*/s/ Michael A Oblon*                                           */s/ Christopher G. Granaghan*
Michael A. Oblon                                                Edward R. Nelson III
51 Louisiana Avenue, N.W.                                       Christopher G. Granaghan
Washington, D.C. 20001                                          John P. Murphy
moblon@jonesday.com                                             Carder W. Brooks
                                                                Nelson Bumgardner Conroy PC
Keith Davis                                                     3131 West 7th Street, Suite 300
JONES DAY                                                       Fort Worth, Texas 76107
2727 North Harwood                                              ed@nelbum.com
Dallas, Texas 75201                                             chris@nelbum.com
kbdavis@jonesday.com                                            john@nelbum.com
                                                                carder@nelbum.com
H. Albert Liou
JONES DAY                                                       Joseph R. Ganley (5643)
717 Texas Avenue, Suite 3300                                    Brenoch R. Wirthlin (10282)
Houston, Texas 77002                                            Peccole Professional Park
aliou@jonesday.com                                              10080 West Alta Drive, Suite 200
                                                                Las Vegas, Nevada 89145
Patrick H. Hicks (4632)                                         jganley@hutchlegal.com
Kelsey E. Stegall (14279)                                       bwirthlin@hutchlegal.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, #300                                *Attorneys for Defendant*
Las Vegas, Nevada 89169                                         *R2 Solutions LLC*
phicks@littler.com
kstegall@littler.com                                            **ORDER**

                                                                IT IS ORDERED that ECF No. 64 is GRANTED.

*Attorneys for Plaintiff*                                       IT IS FURTHER ORDERED that ECF No. 60 is withdrawn, per
*Allegiant Travel Company*                                      the parties' request.

                                                                IT IS FURTHER ORDERED that the hearing set for
                                                                12/19/2022 is VACATED.

JOINT STIPULATION TO AMEND SCHEDULING                           **IT IS SO ORDERED**
ORDER TO CANCEL CLAIM CONSTRUCTION         3                    **DATED:** 5:39 pm, December 13, 2022
PROCEEDINGS
                                                                **BRENDA WEKSLER**
                                                                **UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I caused a true and correct copy of the foregoing JOINT STIPULATION TO AMEND SCHEDULING ORDER TO CANCEL CLAIM CONSTRUCTION PROCEEDINGS to be submitted electronically for filing and service with the United States District Court for the District of Nevada via the Electronic Filing System to the following:

Patrick H. Hicks (4632)
Kelsey E. Stegall (14279)
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, #300
Las Vegas, Nevada 89169
phicks@littler.com
kstegall@littler.com

Michael A. Oblon
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
moblon@jonesday.com

Keith Davis
JONES DAY
2727 North Harwood
Dallas, Texas 75201
kbdavis@jonesday.com

H. Albert Liou
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas 77002
aliou@jonesday.com

*Attorneys for Plaintiff*
*Allegiant Travel Company*

*/s/ Christopher G. Granaghan*